# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:01-cr-00052-MR-11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| DOYLE RAY MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reduction of Sentence Pursuant to 'Across-the-Board' Proposed Amendment of January 9, 2014" [Doc. 509].

The Defendant moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the recent proposed Amendment to the Sentencing Guidelines which would involve possible reductions to the sentencing guidelines levels for various federal drug trafficking offenses. [Doc. 509]. As the Defendant himself notes, the referenced amendment has merely been *proposed* by the Sentencing Commission and has not yet

been adopted. Accordingly, the Defendant's request for relief is premature and must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reduction of Sentence Pursuant to 'Across-the-Board' Proposed Amendment of January 9, 2014" [Doc. 509] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 15, 2014

Martin Reidinger
United States District Judge